# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Marion Ramos
Plaintiff

v.

**4-24CV-271-Y**

Civil Action No.

DHS (FEMA) Alejandro Mayorkas, Secretary
Defendant

## COMPLAINT

Whether Complainant, a Ground Support Unit Lead, IM-02, Reservist, Incident Management Support Division, Logistics Management Directorate with the Federal Emergency Management Agency, was discriminated against on the bases of race (Hispanic), color (to be specified), national origin (to be specified), age ( over 40) physical and/or mental disability (to be specified) and retaliation (to be specified) when on March 24, 2020, Complainant's appointment as a Reservist was terminated.

B. STATEMENT OF FACTS

1. Complainant was a Ground Support Unit Lead, IM-02, Reservist, with the Federal Emergency Management Agency (FEMA). ROI at p. 69. Complainant testimony.

2. Complainant is a member of protected classes: race (Hispanic), color (Hispanic), national origin (Hispanic), age (over 40), disability (Ulcer Colitis), and retaliation (wrongfully terminated). Complainant Testimony, ROI at p. 68.

3. Complainant' s first level supervisor was John Thompson, DC/Fort Worth manager. His second level supervisor was Chris Krablin, JFO/FCO/Head Log Chief. Complainant Testimony ROI at p. 69. Complainant Testimony.

4. On September 20, 2019, Carla Harper, Tier 2 Career Manager contacted Complainant while he was deployed and instructed him to "demobilize immediately." Complainant

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 3\25\2024 |
| Signature | |
| Print Name | Marion Ramos |
| Address | 101 Shadow Creek lane |
| City, State, Zip | Aledo, Texas 76008 |
| Telephone | 817-821-6715 |

ramos120 4040 @ gmail.com p81
ramos 120 4040 @ gmail.com p81

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Marion Ramos
Plaintiff

v.

Civil Action No.

DHS (FEMA) Alejandro Mayorkas, Secretary
Defendant

## COMPLAINT

5. Without investigation, Complainant was told his demobilization would be indefinite showing a rush to judgment. Complainant Testimony.

6. Complainant was informed by Labor and Employee Relations Manager Keith Johnson that he was demobilized pending an investigation into a complaint filed by an employee alleging sexual harassment against Complainant. Complainant's Testimony, Faust Testimony.

7. However, the Agency failed to timely start an investigation in violation of their policies, suggesting pretext (the Agency was not taking the allegations against Complainant seriously) and bias (denying Complainant a fair opportunity to respond). Complainant Testimony.

8. In November 2019, Complainant sent out multiple emails in an effort to learn the status of the investigation. He was given no information regarding the investigation. ROI at p. 75-16. Complainant Testimony.

9. Complainant engaged in EEO activity when he contacted the Equal Rights Office on November 7, 2019. Complainant was told by a representative in the Office of Equal Rights

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 3\25\2024 |
| Signature | |
| Print Name | Marion Ramos |
| Address | 101 Shadow Creek lane |
| City, State, Zip | Aledo, Texas 76008 |
| Telephone | 817-821-6715    ramos120 4040 @ gmail.com |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Marion Ramos
Plaintiff

v.

Civil Action No.

DHS (FEMA) Alejandro Mayorkas, Secretary
Defendant

## COMPLAINT

that he would be assigned a case manager to assist in his inquiries regarding the investigation. ROI at p. 76. Complainant Testimony.

10. In January 2020, Complainant contacted Keith Johnson, Manager, Employee and Labor Relations to again attempt to learn the status of the investigation. Mr. Johnson responded that regarding the investigation, there was "no specific timeframe." ROI at p. 77.

11. On February 3, 2020, Complainant emailed Pete Gaynor, FEMA Administrator, requesting status and complaining that he had not heard about AHU case. This was protected oppositional and participatory activity. Complainant Testimony.

12. Complainant was demobilized for 5 months before he was interviewed as part of the investigation. ROI at p. 79. Complainant Testimony.

13. This was contrary to Agency policy, pretextual, and biased Complainant. Complainant Testimony.

14. But for Complainant's actions the matter would have never been investigated as the timing of Complainant's contact and the fact the OIG referenced Complainant's contact as a catalyst shows. See Agency MSJ Ex. 8 at p. 12. Notably, AHU at the time did a search to

\* Attach additional pages as needed.

Date          3/25/24

Signature

Print Name    Marion Ramos

Address       101 Shadow Creek lane

City, State, Zip   Aledo, Texas 76008

Telephone     817-821-6715   ramos120400@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Marion Ramos
Plaintiff

v.                                                    _____
                                                      Civil Action No.

DHS (FEMA) Alejandro Mayorkas, Secretary
Defendant

## COMPLAINT

see if the inquiry had been completed but found "negative results." See id. Complainant Testimony.

15. Complainant contacted Howard Thomas, Cadre Coordinator to request clearance for a test for compensation, since he had not worked or been paid in six months; Mr. Thomas did not respond to Complainant's request. ROI at p. 80.

16. On March 4, 2020, OPR interviewed and obtained Complainant's statement, but the investigation was unfair: Complainant was asked yes or no questions but this was nothing close to a fair interview. He was not provided any opportunity to explain or to provide his own witnesses. He was never provided an opportunity to respond to many of the allegations of which he was no even informed. Complainant Testimony. Investigator testimony.

17. Moreover, the interview of Faust, the accuser, includes questions showing bias and presuming the truth of Faust's allegations, no questions were asked about the date of the alleged ring incident, alleged "giving a chance" incident, alleged asking to go to a "bar" incident, alleged holding the door incident, or any other incident. Likewise, she was never serious examined about the allegations to test her credibility—the truthfulness of her

\* Attach additional pages as needed.

Date           3/25/24

Signature      X _____

Print Name     Marion Ramos

Address        101 Shadow Creek lane

City, State, Zip  Aledo, Texas 76008

Telephone      817-821-6715          ramos1204040@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Marion Ramos
Plaintiff

v.                                                    Civil Action No.

DHS (FEMA) Alejandro Mayorkas, Secretary
Defendant

## COMPLAINT

serious examined about the allegations to test her credibility—the truthfulness of her allegations is just assumed as the investigators questions prove. Complainant Testimony. Investigator testimony.

18. Moreover, many people deny ever seeing any inappropriate conduct or comments between Faust and Complainant. See Agency MSJ Ex. 8 at p. 3-8.

19. Complainant never sexually harassed Faust. Complainant Testimony.

21. Besides Faust, no one ever accused Complainant of sexual harassment in his 15 years at the Agency. See ROI at p. 42. Complainant Testimony.

22. The investigation did not give Complainant an opportunity to understand the allegations of defend himself adequately. See e.g., ROI at p. 71, 74-78. Complainant Testimony. Investigator Testimony.

23. On March 24, 2020, Carla Harper notified Complainant that he was being terminated from his position. ROI at p. 80.

24. This was based on protected characteristics and activity. Complainant Testimony.

25. Complainant immediately appealed the termination, however his appeal was denied less than 24hrs.

* Attach additional pages as needed.

| | |
|---|---|
| Date | 3/25/2024 |
| Signature | |
| Print Name | Marion Ramos |
| Address | 101 Shadow Creek lane |
| City, State, Zip | Aledo, Texas 76008 |
| Telephone | 817-821-6715  ramos120404a @ gmail.com |